No. 81–1688.   GERBER v. DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 81–1755.   DOLLAR v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 81–1760.   MULLIGAN v. VETERANS ADMINISTRATION.   C. A. 2d Cir.   Certiorari denied.

No. 81–1808.   MOORE v. EL PASO COUNTY, TEXAS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–1819.   NAVASKY v. CENTRAL INTELLIGENCE AGENCY.   C. A. 2d Cir.   Certiorari denied.

No. 81–1828.   VAVRA ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–1861.   WILKINS ET AL. v. UNIVERSITY OF HOUSTON ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–1876.   DAVIS v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. D. C. Cir.   Certiorari denied.

No. 81–1880.   HALL v. BOARD OF TRUSTEES OF ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–1894.   CAPPUCCILLI ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.